# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

FILED U.S. DISTRICT CLERK WESTERN DISTRICT OF KY
15 OCT 30 PM 1:35

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

LESLIE STANLEY SMITH JR

(Full name of the Plaintiff(s) in this action)

v.

DAVID OZBourne, Officer Mattingly, Officel DeWITT, AVANCED Correctional Heath Care et, al.

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:15-CV-142-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Leslie Stanley Smith Jr

Place of Confinement: Daviess Co. Detention Center

Address: 3337 Hwy 144 OwensBoro, Ky 42303

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: ____________________

Place of Confinement: ____________________

Address: ______________________________

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: ______________________________

Place of Confinement: ______________________________

Address: ______________________________

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant David OZBaurne is employed as Jailer at DaviESS Co. Detention Center

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant Officer Mattingly is employed as Deputy Jailer at Daviess Co. Detention Center

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant Officer DeWitt is employed as Deputy Jailer at DaviESS Co. Detention Center

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant Advanced Correctional Health Care is employed as The Medical Staff at DaviESS Co. Detention Center

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant ______________________________ is employed

as ____________________ at ______________________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ____________________

____________________

Defendant(s): ____________________

____________________

Court (if federal court, name the district. If state court, name the county):

______________________________

Docket number: ______________________________

Name of judge to whom the case was assigned: ____________________

Type of case (for example, habeas corpus or civil rights action):__________

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

______________________________

Approximate date of filing lawsuit: ______________________________

Approximate date of disposition: ______________________________

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 9-8-15 I Was brought to Daviess Co. Detention Center on a Child Support Warrant I had/have a injury Shattered Elbow/Broken Arm as I Was booked in the JAiL/Medical Staff Was informed of My Situation My orthopedic Surgeon Dr. Wilson at owensboro Health My Surgery Was Scheduled for 9-10-15 (Missed) I got My Surgery On 10-7-15 three Scheduled Surgerys I missed My rights were violated I laid in medical cell 148 for 30 days in Pain it is My understanding I have a right not to be in Pain.

On 9-9-15 Officer Mattingly Came in Medical Cell 148 around 7:00 to 7:30 Am For Head Count I Leslie Smith Jr Was in floor under the kiosk asleep Mattingly Woke Me up by kicking My bad arm it is My understanding that A Deputy is not to Put there hands on a inmate touch a inmate

III. STATEMENT OF CLAIM(S) continued

in any form Witness Jeremy Mcintree, Clinton Mimms, Jason May

On 10-4-15 Officer Dewitt Came into Medical Cell 148 around 1:00am Waking Me up by hitting my leg My rights were Violated again it is my understands that A deputy is not supposed to touch you in any form

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 250,000

_____ grant injunctive relief by ______________________________

✓ award punitive damages in the amount of $ 1,000,000

_____ other: ______________________________

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 27 day of October, 2015.

Leslie Smith
(Signature of Plaintiff)

______________________________
(Signature of additional Plaintiff)

______________________________
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ______________________.

______________________________
(Signature)